# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5262
_____

LEON JEFFREY NICELY, JUNIOR,

Petitioner,

v.

RONNIE FUSSELL, Clerk,

Respondent.

_____

Petition for Writ of Mandamus – Original Jurisdiction.

January 30, 2018

PER CURIAM.

DENIED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Leon Jeffrey Nicely, Junior, pro se, Petitioner.

No appearance for Respondent.